# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ball, Franklin K. | U.S. District Court - Mississippi Southern District | 07/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
Jackson Federal Courthouse
501 East Court Street, Suite 5.150
Jackson, MS 39201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi Bank - Visa | Credit Card | J |
| 2. | USAA Mastercard | Credit Card | J |
| 3. | Bancorp South | Equity Line | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Checking Account #1 | A | Interest | J | T | | | | | |
| 2. Bankplus Checking Account #1 | A | Interest | J | T | | | | | |
| 3. Solomon Financial Fidelity Investments #1 | | None | | | | | | | |
| 4. - FCASH Account | A | Dividend | J | T | | | | | |
| 5. Charles Schwab Investment Account (IRA) #1 | | None | | | | | | | |
| 6. - Standard PAC Corp New | A | Dividend | J | T | Buy (add'l) | 12/03/14 | J | | |
| 7. -Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 8. 25% interest in Brier Creek Investments, LLC | B | Distribution | M | W | | | | | |
| 9. Mortgage Company Escrow Accounts for Insurance and Taxes | | None | J | W | | | | | |
| 10. Stephen's Investment Account   #1 | | None | | | | | | | |
| 11. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 12. - American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 13. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 14. Stephen's Investment Account   #2 | | None | | | | | | | |
| 15. - American Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 16. -American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 17. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stephen's Investment Account ▢▢ #3 | | None | | | | | | | |
| 19. - AMerican Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 20. - American Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 21. - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 22. Stephen's Investment Account ▢ #4 | | None | | | | | | | |
| 23. - American Funds Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 24. - Americna Funds New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 25. - American Funds Washington Mutula Fund Class A | A | Dividend | K | T | | | | | |
| 26. Stephen's Investment Account ▢ #5 | | None | | | | | | | |
| 27. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 28. - American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 29. - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | | | | | |
| 30. Denbury Onshore Minerals located in Madison County, MS | B | Royalty | J | W | | | | | |
| 31. Bancorp South Checking Account #1 | A | Interest | J | T | | | | | |
| 32. Solomon Financial Advisors - Rollover IRA | | None | | | | | | | |
| 33. - Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 34. - Eaton Vance Floating Rate Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Mainstay High Yield Fund | A | Dividend | J | T | | | | | |
| 36.  - Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 37.  - American Cent Equity Growth Fund | A | Dividend | J | T | | | | | |
| 38.  - Janus Research Fund | A | Dividend | J | T | Sold (part) | 05/23/14 | J | A | |
| 39.  - JPMorgan Disciplined Equity A Fund | A | Dividend | J | T | | | | | |
| 40.  - T Rowe Price Healthcare Science | A | Dividend | J | T | | | | | |
| 41.  - TIAA- CREF Growth & Income Inst Fund | A | Dividend | J | T | | | | | |
| 42.  - Oppenheimer Developing Markets Y Fund | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 43.  - Oppenheimer International Growth Y Fund | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 44.  -Columbia Acorn Fund | A | Dividend | | | Sold | 06/23/14 | J | A | |
| 45.  - Voya Global Real Estate Fund | A | Dividend | | | Sold | 05/23/14 | J | A | |
| 46.  - AM Century Real Estate | A | Dividend | J | T | | | | | |
| 47.  - Principal Midcap Blend | A | Dividend | | | Sold | 06/23/14 | J | A | |
| 48.  - Teton Westwood Mighty | A | Dividend | J | T | | | | | |
| 49.  - MFS International Value | A | Dividend | J | T | | | | | |
| 50.  - Pioneer Short Term Inc | A | Dividend | J | T | | | | | |
| 51.  - Pimco Comodities Plus Strategy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Pimco Foreign Bond Fund | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 53. - Pimco Emerging Markets Fund | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 54. - Columbia Acorn Emerging Markets | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 55. - Diamond Hill Small Mid Cap | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 56. - Oppenheimer Intl Small Company | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 57. - Principal Mid Cap Fund | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 58. - Third Avenue Real Estate Value | A | Dividend | J | T | Buy | 05/23/14 | J | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On the 2013 Financial Disclosure Report, there was a stock listed as LSI Corporation. This was part of the [ ] IRA. This stock was valued at less than $2,000.00. It was sold on 12/13/13. The Report neglected to show that this stock was sold last year. We have not included anything for this stock on the 2014 Report in Part VII -Investments and Trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Franklin K. Ball**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544